## JONES *v.* SNIDER.

*Simmons, C. J.*—1. The seller of personalty who reserved the title, could, after obtaining a judgment against the buyer for the price and collecting a portion of the same, nevertheless, without canceling the judgment or paying or tendering back what had been received, maintain against the buyer an action of bail-trover for the purpose of collecting the balance of the purchase-money, with interest thereon.    *Dykes* v. *McVay,* 67 *Ga.* 502; *Bowen* v. *Frick & Co.,* 75 *Ga.* 786.

2. The defendant could defeat the action by tendering the balance due; or he could, by pleading and proving the facts as they existed, limit the plaintiff's recovery as above indicated.    *Morton* v. *Frick Co.,* 87 *Ga.* 230, 233.    *Judgment affirmed.*

July 27, 1896.

*Certiorari.*    Before Judge Lumpkin.    Fulton superior court.    September term, 1896.

*Glenn & Rountree,* for plaintiff in error.
*Rosser & Carter,* contra.